☒ FILED  ☐ LODGED

**Feb 20 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona
SYDNEY YEW
Special Assistant U.S. Attorney
Arizona State Bar No. 032551
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sydney.Yew@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Juan De Dios Gutierrez-Reyes, <br> a.k.a. Juan Gutierrez-Reyes, <br><br> Defendant. | No. 25-01154MJ-002 <br>    CR-25-00250-PHX-ASB <br><br> **I N F O R M A T I O N** <br><br> VIO:  8 U.S.C. §§ 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i) <br> (Conspiracy to Transport an Illegal Alien) <br> Count 1 <br><br> 18 U.S.C. § 371 <br> (Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States) <br> Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

## **COUNT 1**

On or about January 27, 2025, in the District of Arizona, the defendant, JUAN DE DIOS GUTIERREZ-REYES, knowing and in reckless disregard of the fact that a certain alien, Oscar Arturo Pacheco-Herrera, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i).

## COUNT 2

Beginning on an unknown date and continuing up to and including January 27, 2025, in the District of Arizona and elsewhere, defendant JUAN DE DIOS GUTIERREZ-REYES did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1. On or before January 27, 2025, unknown co-conspirators in Mexico brought Oscar Arturo Pacheco-Herrera to the Mexican border with the United States, with the purpose that Oscar Arturo Pacheco-Herrera would enter the United States, knowing and in reckless disregard of the fact that Oscar Arturo Pacheco-Herrera did not have prior official authorization to come to, enter, and reside in the United States; and

2. On or about January 27, 2025, defendant JUAN DE DIOS GUTIERREZ-REYES transported Oscar Arturo Pacheco-Herrera in a vehicle within the District of Arizona to facilitate Oscar Arturo Pacheco-Herrera's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this 5th day of February, 2025.

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

*Sydney Yew*
SYDNEY YEW
Special Assistant U.S. Attorney